David WILLIAMS, Appellant,

v.

Kay BRODNAX, Health Service Administrator; Laura McCarty, CMS Grievance Responder, Varner Unit, ADC; Nurse Wyckosf; Dr. Patricia Kelly; Connie Hubbard, ANP, Varner Unit, ADC; Paul Torrez, CMS Regional Administrator; Arthur Culpepper, CMS Ombudsman; Correctional Medical Services, Appellees,

Larry Norris, Director, Arkansas Department of Correction; Max Mobley, Deputy Director, Arkansas Department of Correction; Ray Hobbs, Chief Deputy Director, ADC; Rick Toney, Warden, Pine Bluff Unit, ADC; Grant Harris, Warden, Varner Unit, ADC, Defendants.

No. 06–3963.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 19, 2007.

Filed: Dec. 26, 2007.

Before BYE, RILEY and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate David Williams appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Based upon our consideration of Williams's arguments for reversal and our de novo review of the record, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we find that summary judgment was properly granted. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Williams's motion to supplement the record.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.